

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-17-2012

# In Re: Reginald Young

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-2100

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"In Re: Reginald Young " (2012). *2012 Decisions.* Paper 976.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/976

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

ALD-173                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2100
_____

In re:  REGINALD YOUNG,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to D.C. Crim. No. 2:05-cr-00307-003)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
May 3, 2012
Before:  SLOVITER, FISHER AND WEIS, Circuit Judges
(Opinion filed: May 17,2012)
_____

OPINION
_____

PER CURIAM.

    In this petition for mandamus, Reginald Young asks us to direct the "respondent"

to rule on his application for a certificate of appealability.  In form, the petition reads less

like a request for mandamus and more like a motion to expedite proceedings.  In any

case, it is moot; we denied Young's request for a certificate of appealability.  See United

States v. Young, C.A. No. 12-1577.  Therefore, this "mandamus petition" will be denied,

as Young has obtained the ruling he seeks to compel.  See Carr v. Am. Red Cross, 17

F.3d 671, 684 (3d Cir. 1994).